Timothy W. Hoffman
P O Box 1761
Sebastopol, CA  95473
Telephone: (707) 823-1058

Trustee in Bankruptcy



IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – Santa Rosa

| In re: | Case No. 09-12613 AJ |
|---|---|
| AHMADIA, AREF<br>AHMADIA, HYATT | Chapter 7<br><br>NOTICE OF UNCLAIMED DIVIDENDS |
| Debtor(s) | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $411.53.  The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 13 | Northern Leasing Systems, Inc<br>132 West 31st Street, 14th Floor<br>New York, NY  10001 | 2,516.10 | 411.53 |
| | Total Unclaimed Dividends | | $411.53 |

Dated:  August 8, 2011

Timothy W. Hoffman, TRUSTEE